IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAYLOR BATES, | |
| Plaintiff, | Case No.: 1:25-cv-13132 |
| v. | Judge Elaine E. Bucklo |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge M. David Weisman |
| Defendants. | |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | TAI SHOP |
| 6 | slqdgmryz-Fall Deals UP 7-20 Days Delivery |
| 9 | DINGLIA |
| 12 | AyLau |
| 14 | GAANBODI Deals of the Day Clearance |
| 46 | Prime Day Deals Today 2024 JCCDMZSL |
| 50 | CF TQWQT |
| 54 | JIRNDf |
| 65 | xixigoy |
| 67 | JULMCOMO |
| 73 | XiAn Dorkasm |
| 75 | YaunMei Store |
| 96 | pwidon |
| 116 | JAGOODAD |
| 120 | QCMGMG |
| 121 | YDKZYMD |

DATED: January 7, 2026	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 7, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt